UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| Deborah Osborne,<br><br>               Plaintiff,<br><br>     v.<br><br>Stanley J Rumbaugh,<br><br>               Defendant. | CASE NO. 3:23-cv-05702-JHC<br><br>ORDER DENYING REQUEST FOR REASSIGNMENT |

   Before the Court is Plaintiff's "Request for Reassignment." Dkt. # 5. Plaintiff requests that this matter be reassigned to the Honorable Judge Robert S. Lasnik, who presided over a prior case involving Plaintiff.

   The request to reassign is DENIED. The instant case is not sufficiently related to prior proceedings before Judge Lasnik to justify reassignment.

   Dated this 7th day of August, 2023.

                              John H. Chun
                              United States District Judge

ORDER DENYING REQUEST FOR REASSIGNMENT - 1