UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DEBORAH OSBORNE,<br><br>              Plaintiff,<br><br>   v.<br><br>HON. STANLEY J. RUMBAUGH, JUDGE,<br><br>             Defendant. | Case No. 3:23-cv-05702-TMC<br><br>ORDER DENYING MOTION TO EXCEED PAGE LIMITS |

      This matter comes before the Court on *pro se* Plaintiff Deborah Osborne's motion to exceed page limits. Dkt. 13. Because this motion appears to be unnecessary, it is DENIED without prejudice.

      Ms. Osborne asks for the Court's "authorization to exceed for the length of exhibits to support her Opposition to Defendant's Motion to Dismiss," explaining that she plans to file "memoranda, declaration, briefs, exhibits of specific facts and other documents . . . to support her claim under 42 U.S.C. Section 1983." Dkt. 13 at 1.

      Under Local Civil Rule 7(e)(3), Ms. Osborne's brief in opposition to the pending motion to dismiss is limited to "8,400 words or, if written by hand or with a typewriter, twenty-four pages." But any exhibits or other evidence she wishes to provide to support her opposition are

ORDER DENYING MOTION TO EXCEED PAGE LIMITS - 1

not constrained by those page limits. Because Ms. Osborne's motion appears to ask for additional pages for her supporting exhibits, rather than her brief in opposition, it is DENIED as unnecessary. This does not prevent Ms. Osborne from bringing a later motion for an over-length brief under Local Civil Rule 7(f) if she believes she needs additional pages for her brief in opposition, but such motions are disfavored.

The Clerk is directed to send uncertified copies of this Order to all counsel of record and to any party appearing pro se at said party's last known address.

Dated this 7th day of September, 2023.

Tiffany M. Cartwright
United States District Court Judge