UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DEBORAH OSBORNE,<br><br>　　　　　　　Plaintiff,<br>　　v.<br><br>STANLEY J. RUMBAUGH,<br><br>　　　　　　　Defendant. | CASE NO. 3:23-cv-05702-TMC<br><br>ORDER DENYING MOTION FOR RECONSIDERATION |

   This matter comes before the Court on Plaintiff's motion for reconsideration of the Court's order affirming Judge Tiffany Cartwright's denial of Plaintiff's motion to recuse. (Dkt. No. 24.)

   "Motions for reconsideration are disfavored. The court will ordinarily deny such motions in the absence of a showing of manifest error in the prior ruling or a showing of new facts or legal authority which could not have been brought to its attention earlier with reasonable diligence." LCR 7(h)(1). Plaintiff's motion for reconsideration does not highlight any manifest

1  error in the Court's order, and otherwise recites claims previously put forward in her motion for

2  recusal.  (Dkt. Nos. 16; 24.)

3        Accordingly, Plaintiff's motion for reconsideration (Dkt. No. 24) is DENIED.

5        Dated this 3rd day of November, 2023.

David G. Estudillo
Chief United States District Judge

ORDER DENYING MOTION FOR RECONSIDERATION - 2