| | |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | MAY 23 2024 |
| | MOLLY C. DWYER, CLERK |
| | U.S. COURT OF APPEALS |

DEBORAH OSBORNE,

    Plaintiff - Appellant,

 v.

STANLEY J. RUMBAUGH, Honorable Judge in his Individual and Official Capacities,

    Defendant - Appellee.

No. 23-4329

D.C. No. 3:23-cv-05702-TMC
Western District of Washington, Tacoma

ORDER

Before: CANBY, TASHIMA, and KOH, Circuit Judges.

Upon a review of the record and the responses to the court's March 7, 2024 order, we conclude this appeal is frivolous. We therefore dismiss this appeal as frivolous, pursuant to 28 U.S.C. § 1915(e)(2) (court shall dismiss case at any time, if court determines it is frivolous or malicious).

All pending motions are denied as moot.

No further filings will be entertained in this closed case.

**DISMISSED**.